IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

WILLIAM S. TAYLOR, SR.,

    Plaintiff,

v.                                          Case No. 2:20-cv-02855-MSN-tmp

TENNESSEE DEPARTMENT
OF SAFETY,

    Defendant.

## JUDGMENT

**JUDGMENT BY COURT.** This action came before the Court on Plaintiff's Complaint (ECF No. 1), filed November 20, 2020,

**IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED** that, in accordance with the Order Adopting Report and Recommendation which granted Defendant's Motion for Summary Judgment, entered December 1, 2021, (ECF No. 31), settling this matter between the parties and dismissing all claims against Defendant with prejudice, all claims against Defendant are hereby **DISMISSED WITH PREJUDICE**.

APPROVED: *s/ Mark S. Norris*
                   MARK S. NORRIS
                   UNITED STATES DISTRICT JUDGE

DATE:    December 1, 2021